UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

**SEALED** **FILED**

2009 SEP 23 P 12 53

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:08-CR- 28 |
| | ) | Magistrate Judge |
| v. | ) | Mattice/Lee |
| | ) | |
| JIMMY DRAKE | ) | |
| ERIC COLE | ) | |

## MOTION TO SEAL

Comes now the United States of America through James R. Dedrick, United States Attorney for the Eastern District of Tennessee, and Assistant United States Attorney Terra Bay, and respectfully requests that the attached United States' Indictment, the Motion to Seal, and the proposed Sealing Order be sealed until the defendant is taken into custody.

WHEREFORE, the United States of America respectfully requests that this motion and the ensuing order be sealed with the exception that the United States Attorney's Office will be provided a file-stamped copy.

Respectfully submitted,

JAMES R. DEDRICK
United States Attorney

Terra Bay
Assistant U.S. Attorney
1110 Market Street, Ste. 301
Chattanooga, TN 37402
(423) 752-5140